IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES FINLEY,<br><br>Defendant. | **8:21CR7**<br><br>**ORDER ON**<br>**INITIAL REVIEW** |

This matter is before the Court on defendant James Finley's ("Finley") *pro se* Motion for Sentence Reduction (Filing No. 181) pursuant to 18 U.S.C. § 3582(c)(1)(A). He also requests the appointment of counsel to help him seek relief. Section 3582(c)(1)(A)(i) authorizes Finley to move the Court to "reduce [his] term of imprisonment" for "extraordinary and compelling reasons" thirty days after the warden of the facility where he is incarcerated receives a request to file such a motion on his behalf.

According to Finley, he requested sentencing relief from the warden of FCI-Lompoc on February 6, 2026, but received no response. Finley seeks relief on multiple grounds under United States Sentencing Guidelines § 1B1.13(b). He seeks relief based on his own medical condition, and based on his claimed need to care for his minor son.

Based on Finley's broad description of his circumstances, the Court finds he has potentially raised colorable grounds for relief under § 3582(c)(1)(A)(i). The Court further finds that appointing counsel to assist Finley will aid the Court in determining whether his circumstances warrant any sentence reduction. Accordingly,

IT IS ORDERED:

1.  The Federal Public Defender for the District of Nebraska is appointed to represent defendant James Finley for the limited purpose of determining whether there are extraordinary and compelling reasons to reduce his term of imprisonment.

2.    In the event the Federal Public Defender should decline this appointment because of a conflict of interest or on the basis of the Amended Criminal Justice Act Plan, the Federal Public Defender shall provide the Court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Amended Criminal Justice Act Plan for this district.

3.    If upon review the Federal Public Defender should conclude that Finley's motion is frivolous, the Federal Public Defender may move to withdraw as counsel.

4.    The U.S. Probation and Pretrial Services Office is directed to investigate Finley's request for a sentence reduction and promptly file under seal a report on that investigation.

5.    The probation office is authorized to disclose Presentence Investigation Reports to the Federal Public Defender and the United States Attorney for the purpose of evaluating the motion. Finley's counsel shall provide the Presentence Investigation Report to any subsequently appointed or retained counsel. In accordance with the policy of the Federal Bureau of Prisons, no Presentence Investigation Report shall be provided to inmates.

6.    The government and Finley's counsel shall each file within ten days of the probation office filing its investigation report a brief addressing Finley's request for sentencing relief and provide any evidence necessary to the Court's disposition of his motion. Absent an extension, the motion shall be deemed fully briefed and submitted as of that date.

Dated this 11th day of May 2026.

BY THE COURT

Robert F. Rossiter, Jr.
Chief United States District Judge

2